Case 2:24-cv-00053   Document 115   Filed 02/19/26 in TXSD   Page 1 of 2

United States District Court
Southern District of Texas
**ENTERED**
February 19, 2026
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | |
|---|---|
| MARIA ANGELICA CASTILLO, Individually and as Independent Administrator of and on Behalf of the ESTATE OF CYNTHIA MARIE GARCIA, and CYNTHIA MARIE GARCIA'S heir(s)-at-law and Wrongful Death Beneficiaries,<br><br>Plaintiff,<br><br>v.<br><br>KLEBERG COUNTY, TEXAS; and CHRISTUS SPOHN HEALTH SYSTEM CORPORATION d/b/a CHRISTUS SPOHN HOSPITAL KLEBERG, and all entities d/b/a CHRISTUS SPOHN HOSPITAL KLEBERG,<br><br>Defendants. | § § § § § § § § § § § § § § § § § § § § | CIVIL ACTION NO. 2:24-cv-00053<br><br>JURY DEMANDED |

## ORDER GRANTING MOTION TO WITHDRAW AS COUNSEL

The Court, having reviewed the Unopposed Motion to Withdraw as Counsel filed by Mary Hammer of Law Offices of Dean Malone, P.C., and good cause appearing, finds that the motion should be and is in all things GRANTED.

**IT IS THEREFORE ORDERED** that Mary Hammer is relieved of any further obligations in this case on behalf of Maria Angelica Castillo, Individually and as Independent Administrator of and on Behalf of the Estate of Cynthia Marie Garcia, and Cynthia Marie Garcia's heir(s)-at-law and Wrongful Death Beneficiaries ("Plaintiff").

**IT IS FURTHER ORDERED** that Jessical Bebawi is relieved of any further obligations in this case on behalf of Plaintiff. Law Offices of Dean Malone, P.C. and T. Dean Malone, Jennifer Kingaard, and Alexandra W. Payne will continue to represent Plaintiffs, with T. Dean Malone remaining lead counsel.

**IT IS SO ORDERED.**

SIGNED this the ____ day of 2/19/26 2026.

_____
NELVA GONZALES RAMOS
UNITED STATES DISTRICT JUDGE